### UNITED STATES of America, Plaintiff–Appellee

v.

**Denis Noel FLORES–HERNANDEZ, also known as Denis Noel Hernandez, also known as Eduardo Sandoval Agosta, also known as Javier Hernandez, Defendant–Appellant.**

No. 14–41439
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 19, 2015.

William Richardson Tatum, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Midland, TX, for Plaintiff–Appellee.

Denise S. Benson, Esq., Assistant Federal Public Defender, Federal Defender's Office, Sherman, TX, for Defendant–Appellant.

Denis Noel Flores–Hernandez, Yazoo City, MS, pro se.

---

1. District Court's Memorandum Opinion and Order, p. 15–17.

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Denis Noel Flores–Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Flores–Hernandez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Flores–Hernandez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Flores–Hernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.